1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Defendant Mr. Torres
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 07mj8934
                                    )
12             Plaintiff,            )
                                    )
13 v.                                )
                                    )   **NOTICE OF APPEARANCE**
14 ANDRES GUADALUPE TORRES,         )
                                    )
15             Defendant.            )
                                    )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.
20                                      Respectfully submitted,
21 Dated: November 21, 2007            s/ *Michelle Betancourt*
                                       **MICHELLE BETANCOURT**
22                                      Federal Defenders of San Diego, Inc.
                                       Attorneys for Defendant
23                                      michelle_betancourt@fd.org
24
25
26
27
28