**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Torres

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07mj8934 |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| **ANDRES GUADALUPE TORRES**, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney's Office
    efile.dkt.gc1@usdoj.gov

Dated: November 21, 2007
                                                          *s/ Michelle Betancourt*
                                                          MICHELLE BETANCOURT
                                                          Federal Defenders
                                                          225 Broadway, Suite 900
                                                          San Diego, CA 92101-5030
                                                          (619) 234-8467 (tel)
                                                          (619) 687-2666 (fax)
                                                          e-mail: michelle_betancourt@fd.org